FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM D. MORGAN,<br><br>　　　　　Defendant. | No. 1:17-PO-08139-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CASE WITH PREJUDICE AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 22, 23** |

Before the Court is Defendant's unopposed Motion to Dismiss Case with Prejudice (ECF No. 22) and Motion to Expedite (ECF No. 23). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (**ECF No. 23**) is **GRANTED**.

2. The Motion to Dismiss Case with Prejudice (**ECF No. 22**) is **GRANTED**.

3. This case shall be **DISMISSED WITH PREJUDICE**.

ORDER - 1

4. The status hearing currently scheduled for **Friday, April 5, 2019 at 11:00 AM before Judge Dimke in Yakima, Washington** is **STRICKEN**.

5. The District Court executive is directed to file this order, provide copies to counsel, and close the file.

DATED April 3, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2